**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**LISA McGEE**                                                           **PLAINTIFF**

**vs.**                         **No. 06-2090**

**JIM RAY, INC., an Arkansas**
**Corporation doing business as**
**Jim Ray Nissan of Fort Smith,**
**Arkansas; BILLY COOPER;**
**MARK VANDERMOLEN; and JIM RAY**            **DEFENDANTS**

## O R D E R

NOW on this 20th day of July, 2006, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, Magistrate Judge Beverly Stites Jones, who conducted the settlement conference, having so advised the court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

                                               **/s/Jimm Larry Hendren**
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**